Certificate Number: 05781-OKW-DE-041502881

Bankruptcy Case Number: 26-13261

05781-OKW-DE-041502881

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2026, at 6:29 o'clock PM PDT, Louis Rogers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date: September 29, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President